# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.   **CV 14-8049-JFW (ASx)**                                        Date:  October 6, 2015

Title:   Gloria Blas -v- Corporate Resource Services, Inc., et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
                 None                                                                                      None

**PROCEEDINGS (IN CHAMBERS):**     ORDER TO SHOW CAUSE WHY PARTIES SHOULD NOT BE SANCTIONED AND ACTION DISMISSED

The Court has reviewed the pretrial documents filed by the parties on October 1, and 2, 2015. The parties have failed to file the Pre-Trial Conference Order and a Status Report Re: Settlement as required by the Court's January 6, 2015 Scheduling and Case Management Order ("CMO").

Accordingly, the parties are ordered to show cause in writing by **October 8, 2015** why sanctions in the amount of $1,500.00 should not be imposed against each party and why this action should not be dismissed for failure to file the required pretrial documents. In addition, the parties are order to file the Pre-Trial Conference Order and a Status Report Re: Settlement by **October 8, 2015.**

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.