JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GLORIA BLAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CORPORATE RESOURCE SERVICES, INC., a Delaware corporation; NATIONAL RETAIL TRANSPORTATION, a Pennsylvania corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-08049-JFW (ASx)<br><br>[Assigned to Hon. John F. Walter, Ctrm. 16]<br><br>**JUDGMENT** |

On September 3, 2015, Defendant National Retail Transportation, Inc. ("Defendant" or "National Retail Transportation") filed a Motion for Summary Judgment on each of the causes of action asserted by Plaintiff Gloria Blas ("Plaintiff").

On September 14, 2015, Plaintiff filed her Opposition and Defendant filed it's Reply on September 21, 2015.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court found the matters appropriate for submission on the papers without oral argument. The matters were, therefore, removed from the Court's October 5, 2015 hearing calendar and the parties were given advance notice.

After considering the moving, opposing, and reply papers, and the arguments therein, the Court granted the Motion for Summary Judgment in its entirety in favor of Defendant NATIONAL RETAIL TRANSPORTATION for the factual and legal reasons set forth in its October 15, 2015 Order Granting Defendant's Motion for Summary Judgment.

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Judgment is hereby entered in favor of Defendant National Retail Transportation Services, against Plaintiff on all of the claims, causes of action, and damages alleged in this lawsuit.

2. Plaintiff's Complaint is dismissed with prejudice as to National Retail Transportation.

3. Plaintiff shall recover nothing on her Complaint against National Retail Transportation.

4. National Retail Transportation shall recover costs of suit from Plaintiff pursuant to Federal Rules of Civil Procedure 54.

DATED: October 22, 2015

The Honorable John F. Walter
United States District Judge